CITY OF GROTON *v.* COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES

PIONEER HOSE COMPANY No. 1, INC. *v.* COMMISSION ON
HUMAN RIGHTS AND OPPORTUNITIES

The motion of the defendant in the above-captioned cases to file a single brief and to join for argument its appeals from the Superior Court in New London County is granted.

*F. Michael Ahern,* assistant attorney general, and *Robert K. Killian,* attorney general, in support of the motion.

*James F. Brennan, Jr., Joseph E. Moukawsher* and *Bernard F. McGovern, Jr.,* assistant attorney general, also in support of the motion.

Submitted October 31—decided November 5, 1973

ALAN R. VARLEY *v.* NINA B. VARLEY

The defendant's additional motion for rectification, for vacating of judgment, for sustaining of the appeal and for an order for a new trial in the appeal from the Superior Court in Hartford County is denied.

*Nina B. Varley,* pro se, the appellant (defendant).

*Joel M. Ellis,* for the appellee (plaintiff).

Argued November 6—decided November 6, 1973

SAMUEL H. DICK *v.* JACK R. DICK ET AL.

The defendants' "Motion to Dismiss Appeal" from the Superior Court in Fairfield County at Stamford is denied.

*Sidney Vogel,* for the appellees (defendants).

*Richard A. Bieder,* for the appellant (plaintiff).